UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| NICHOLAS LORE, | ) |
| --- | --- |
| | ) |
| Plaintiff, Counter-Defendant, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO. 1:04-CV-0204-LTW |
| CHASE MANHATTAN MORTGAGE CORPORATION, | ) |
| | ) |
| Defendant, Counter-Plaintiff. | ) |
| | ) |

## NICHOLAS LORE'S SUPPLEMENTAL BILL OF COSTS

The costs listed below were incurred by Mr. Lore after he made his offer of judgment to Chase Manhattan Mortgage Corp. pursuant to FED. R. CIV. P. 68. In support of this Supplemental Bill of Costs, the Declaration of Lisa Wolgast is attached as Exhibit A.

| DESCRIPTION | DATE | PAGES[1] | COST[2] |
| --- | --- | --- | --- |
| Notice of Filing of Counter-Defendant Lore's Objections to Defendant/Counter-Plaintiff's Requests that The Court Propound Jurors on Voir Dire Examination **[227]** | 2/27/08 | 6 | .90 |
| Counter-Defendant Lore's Objections to Defendant/Counter-Plaintiff's Deposition Designations **[228]** | 2/27/08 | 14 | 2.10 |

---

[1] Includes one file copy of each for Chase's counsel.

[2] Costs for copies are at a rate of $0.15 per page for "in-house" and $0.25 for commercial reproduction.

| DESCRIPTION | DATE | PAGES[1] | COST[2] |
|---|---|---|---|
| Counter-Defendant Lore's Objections to Defendant/Counter-Plaintiff's Exhibits **[229]** | 2/27/08 | 18 | 2.70 |
| Amended Consolidated Pretrial Order **[230]** (w/o attachments) | 2/27/08 | 226 | 33.90 |
| Subpoena (Clint Emerson) **[235]** | 2/28/08 | 2 | .30 |
| Subpoena (Paul Lopez) **[236]** | 2/28/08 | 2 | .30 |
| Trial Preparation Materials, in-house copying | 2/29/08 | 2585 | 387.75 |
| Counter-Defendant's Motion Requesting Authorization for Electronic Equipment and Demonstrative Evidence for Use At Trial **[239]** | 3/3/08 | 5 | .75 |
| Counter-Defendant Nicholas Lore's Reply in Support of His Motion in Limine to Exclude Irrelevant Evidence Regarding Chase's Attorneys' Fees **[241]** | 3/4/08 | 7 | 1.05 |
| Counter-Defendant Nicholas Lore's Supplemental Memorandum in Support of His Motion in Limine to Exclude Argument Regarding Lore's Alleged Spoliation of Evidence **[242]** | 3/4/08 | 10 | 1.50 |
| Counter-Defendant Nicholas Lore's Notice of Filing Affidavit in Support of His Motion in Limine to Exclude Argument Regarding Lore's Alleged Spoliation of Evidence **[251]** | 3/5/08 | 7 | 1.05 |
| Notice of Appearance (Lisa Wolgast) **[252]** | 3/5/08 | 3 | .45 |
| Counter-Defendant Nicholas Lore's Notice of Filing Exhibit A to March 5, 2008 Affidavit of Clinton T. Emerson in Support of Counter-Defendant's Motion in Limine to Exclude Argument Regarding Lore's Alleged Spoliation of Evidence **[253]** | 3/6/08 | 7 | 1.05 |
| Counter-Defendant Nicholas Lore's Notice of Filing of Original Depositions **[254]** | 3/6/08 | 4 | .60 |
| Notice of Withdrawal of Jeffrey K. Douglass **[265]** | 3/6/08 | 3 | .45 |

| DESCRIPTION | DATE | PAGES[1] | COST[2] |
|---|---|---|---|
| Notice of Filing of Counter-Defendant Lore's Amended Objections to Defendant/Counter-Plaintiff's List of Witnesses **[266]** | 3/6/08 | 5 | .75 |
| Notice of Filing of Counter-Defendant Nicholas Lore's Amended Exhibit List **[267]** | 3/6/08 | 8 | 1.20 |
| Notice of Filing and Counter-Defendant's Amended and Restated Objections to Defendant/Counter-Plaintiff's Deposition Designations **[268]** | 3/7/08 | 14 | 2.10 |
| Notice of Filing and Counter-Defendant's Amended Supplemental And Restated Deposition Designations **[269]** | 3/7/08 | 10 | 1.50 |
| Notice of Filing and Counter-Defendant's Amended Objections to Defendant/Counter-Plaintiff's Exhibits **[270]** | 3/7/08 | 12 | 1.80 |
| Notice of Filing and Counter-Defendant's Amended Final List of Witnesses on Georgia Trade Secrets Act Claim **[271]** | 3/7/08 | 5 | .75 |
| Notice of Filing and Counter-Defendant's Second Amended Objections to Defendant/Counter-Plaintiff's Exhibits **[275]** | 3/7/08 | 11 | 1.65 |
| Trial Preparation Materials, in-house copying | 3/9/08 | 8219 | 1232.85 |
| Counter-Defendant's Amended Supplemental and Restated Deposition Designations **[288]** | 3/11/08 | 7 | 1.05 |
| Court Reporter Donna Keeble - Transcript of Opening Arguments | 3/12/08 | N/A | 351.00 |
| Counter-Defendant's Amended and Restated Requested Jury Charges **[292]** | 3/13/08 | 15 | 2.25 |
| Witness Fee & Mileage (Dr. Paul Lopez) | 3/13/08 | N/A | 45.21 |
| Witness Fee & Mileage (Clint Emerson) | 3/13/08 | N/A | 59.44 |
| Notice of Filing and Counter-Defendant's Requested Jury Charge No. 10 **[293]** | 3/14/08 | 7 | 1.05 |
| Counter-Defendant's Motion for Judgment as a Matter of Law on Counter-Plaintiff's Claim for a Reasonable Royalty **[295]** | 3/14/08 | 8 | 1.20 |

| DESCRIPTION | DATE | PAGES[1] | COST[2] |
|---|---|---|---|
| Counter-Defendant's Motion for Judgment as a Matter of Law on Counter-Plaintiff's Claim for Exemplary Damages and Attorney's Fees **[296]** | 3/14/08 | 7 | 1.05 |
| Counter-Defendant's Motion for Judgment as a Matter of Law on Counter-Plaintiff's Claim for Damages for Actual Loss **[297]** | 3/14/08 | 6 | .90 |
| Trial Preparation Materials, in-house copying | 3/16/08 | 1790 | 268.50 |
| Counter-Defendant Lore's Motion for An Award of Costs **[319]** | 4/16/08 | 15 | 2.25 |
| Counter-Defendant Lore's Response in Opposition to Defendant/Counter-Plaintiff's Motion for an Award of Costs **[327]** | 4/24/08 | 6 | .90 |
| **TOTAL** | | | $2412.25 |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **NICHOLAS LORE,** ) <br> ) <br>    **Plaintiff, Counter-Defendant,** ) <br> ) <br> **v.** ) <br> ) <br> **CHASE MANHATTAN MORTGAGE** ) <br> **CORPORATION,** ) <br> ) <br>    **Defendant, Counter-Plaintiff.** ) <br> ) | **CIVIL ACTION FILE** <br><br> **NO. 1:04-CV-0204-LTW** |

## CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2008, I electronically filed the within and foregoing **NICHOLAS LORE'S SUPPLEMENTAL BILL OF COSTS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Amanda A. Farahany                      Gary Richard Kessler
    Barrett & Farahany, LLP                  Irvin & Kessler LLC
    1404 Peachtree Street, Suite 101     Two Securities Centre
    Atlanta, Georgia  30309                  3500 Peachtree Road, N.E., Suite 750
                                                  Atlanta, Georgia  30305

                                                    /s/ John H. Williamson
                                                    John H. Williamson
                                                    Georgia Bar No. 765190