```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

NICHOLAS LORE,                          :
                                        :
    Plaintiff/Counter-Defendant,        :
                                        :
v.                                      :    CIVIL ACTION FILE
                                        :    NO. 1:04-CV-0204-LTW
CHASE MANHATTAN MORTGAGE                :
CORPORATION,                            :
                                        :
    Defendant/Counter-Plaintiff.        :
_____

## CONSENT MOTION FOR WITHDRAWAL OF JUDGMENT

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, the parties, through their undersigned attorneys of record, hereby move the Court for an order withdrawing the judgment entered on November 14, 2008 (Document 342). A proposed Order is attached for the Court's convenience.

This 14th day of April, 2009.

| | |
|---|---|
| **BARRETT & FARAHANY, LLP** | **IRVIN & KESSLER LLC** |
| s/Amanda A. Farahany | s/Gary R. Kessler |
| Amanda A. Farahany | Gary R. Kessler |
| Georgia Bar No. 646135 | Georgia Bar No. 416562 |
| 1401 Peachstreet Street | 3060 Peachtree Rd. |
| Suite 101 | Suite 1050 |
| Atlanta, GA  30309 | Atlanta, Georgia 30305 |
| (404) 214-0120 | (404) 237-1020 |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

NICHOLAS LORE,                          :
                                        :
    Plaintiff/Counter-Defendant,   :
                                        :
v.                                      :      CIVIL ACTION FILE
                                        :      NO. 1:04-CV-0204-LTW
CHASE MANHATTAN MORTGAGE                :
CORPORATION,                            :
                                        :
    Defendant/Counter-Plaintiff.   :
_____

## CONSENT ORDER FOR WITHDRAWAL OF JUDGMENT

Upon joint motion of the parties, and pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, it is hereby ordered that the judgment entered on November 14, 2008 (Document 342) is WITHDRAWN.

DONE AND ORDERED this ____ day of _____, 2009.


                                    _____
                                    LINDA T. WALKER
                                    UNITED STATES MAGISTRATE JUDGE