IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICHOLAS LORE, : | |
| : | |
| Plaintiff/Counter-Defendant, : | |
| : | |
| v. : | CIVIL ACTION FILE |
| : | NO. 1:04-CV-0204-LTW |
| CHASE MANHATTAN MORTGAGE : | |
| CORPORATION, : | |
| : | |
| Defendant/Counter-Plaintiff. : | |

_____

## **CONSENT ORDER FOR WITHDRAWAL OF JUDGMENT**

Upon joint motion of the parties, and pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, it is hereby ordered that the judgment entered on November 14, 2008 (Document 342) is WITHDRAWN.

DONE AND ORDERED this 14th day of April, 2009.

s/Linda T. Walker
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)