```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

NICHOLAS LORE,                          :
                                        :
    Plaintiff/Counter-Defendant,       :
                                        :
v.                                      :   CIVIL ACTION FILE
                                        :   NO. 1:04-CV-0204-LTW
CHASE MANHATTAN MORTGAGE                :
CORPORATION,                            :
                                        :
    Defendant/Counter-Plaintiff.       :
_____

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 42(b) of the Federal Rules of Appellate Procedure, the parties, through their undersigned attorneys of record, hereby voluntarily dismiss, <u>with prejudice</u>, all claims of Nicholas Lore in the action styled <u>Nicholas Lore v. Chase Manhattan Mortgage Corporation</u>, Civil Action No. 1:04-CV-0204-LTW, which was filed in the United States District Court for the Northern District of Georgia, Atlanta Division, and is currently on appeal to the United States Court of Appeals for the Eleventh Circuit (Docket No. 08-16867-H).  Each party shall bear its own attorneys' fees and costs.

This _24th day of __April, 2009.

| BARRETT & FARAHANY, LLP | IRVIN & KESSLER LLC |
|---|---|
| s/Amanda A. Farahany | s/Gary R. Kessler |
| Amanda A. Farahany | Gary R. Kessler |
| Georgia Bar No. 646135 | Georgia Bar No. 416562 |
| 1401 Peachtreet Street | 3060 Peachtree Rd. |
| Suite 101 | Suite 1050 |
| Atlanta, GA  30309 | Atlanta, Georgia 30305 |
| (404) 214-0120 | (404) 237-1020 |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |